KURT BRIDGMAN, # 145151
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
LUMENIS INC., a Massachusetts Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COURSLEY, M.D., an individual, | Case No. C 08 02714HRL |
| Plaintiff, | DEFENDANT LUMENIS, INC.'S RULE 7.1 DISCLOSURE |
| v. | |
| LUMENIS INC., a Massachusetts Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO:      The Clerk of the Court

AND TO:   Plaintiff and his Attorney of Record, Justin Daily

COMES NOW Defendant Lumenis, Inc. and hereby certifies the following pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Lumenis, Inc. is wholly owned by Lumenis Holdings, Inc., which in turn is wholly owned by Lumenis Ltd., a publicly held corporation.

Dated: July 3, 2008.

LOW, BALL & LYNCH

By /s/ Kurt Bridgman
KURT BRIDGMAN
Attorneys for Defendant
LUMENIS INC., a Massachusetts Corporation