```
1  KURT BRIDGMAN, # 145151
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California 94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4

5  PRO HAC VICE Counsel [Application Pending]
   GEOFFREY BRIDGMAN, Washington State Bar # 25242
6  Ogden Murphy Wallace, P.L.L.C.
   1601 5th Avenue, Suite 2100
7  Seattle, WA 98101
   Telephone (206) 447-7000
8  Facsimile (206) 447-0215

9  Attorneys for Defendant
   LUMENIS INC., a Massachusetts Corporation
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COURSLEY, M.D., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LUMENIS INC., a Massachusetts Corporation;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 08 02714 HRL<br><br>APPLICATION FOR ADMISSION<br>OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Geoffrey Bridgman, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant Lumenis, Inc.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

K:\2633\sf0008\P-APP-PHV.wpd

1  comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and
2  Alternative Dispute Resolution programs of this Court; and,
3      3.      An attorney who is a member of the bar of this court in good standing and who maintains an
4  office within the State of California has been designated as co-counsel in the above-entitled action. The name,
5  address and telephone number of that attorney is:

   Kurt Bridgman
   Low, Ball & Lynch
   505 Montgomery Street, 7th Floor
   San Francisco, CA 94111
   Telephone: (415) 981-6630
   Facsimile:  (415) 982-1634

10  I declare under penalty of perjury that the foregoing is true and correct.

12  Dated: July 1, 2008.

   OGDEN MURPHY WALLACE, P.L.L.C.

   By_____
   GEOFFREY BRIDGMAN
   Attorneys for Defendant
   LUMENIS INC., a Massachusetts Corporation

-2-
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
K:\2633\sf0008\P-APP-PHV.wpd