1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COURSLEY, M.D., an individual,<br><br>                 Plaintiff,<br><br>v.<br><br>LUMENIS INC., a Massachusetts Corporation;<br>and DOES 1 through 50, inclusive,<br><br>                 Defendants. | Case No. C 08 02714HRL<br><br>[PROPOSED] ORDER GRANTING<br>APPLICATION FOR ADMISSION<br>OF ATTORNEY *PRO HAC VICE* |

Geoffrey Bridgman, an active member in good standing of the bar of the State of Washington, whose

business address and telephone number are:

> Geoffrey Bridgman
> Ogden Murphy Wallace, P.L.L.C.
> 1601 5th Avenue, Suite 2100
> Seattle, WA 98101
> Telephone:  (206) 447-7000
> Facsimile:   (206) 447-0215

having applied in the above-entitled action for admission to practice in the Northern District of California on a

*pro hac vice* basis, representing

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of

Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers

upon and communication with co-counsel designated in the application will constitute notice to the party. All

future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case

Filing*.

Dated: _____

                                                    HONORABLE HOWARD R. LLOYD
                                                    UNITED STATES MAGISTRATE JUDGE

-1-