```
 1  KURT BRIDGMAN, # 145151
    LOW, BALL & LYNCH
 2  505 Montgomery Street, 7th Floor
    San Francisco, California 94111-2584
 3  Telephone (415) 981-6630
    Facsimile (415) 982-1634
 4

 5  GEOFFREY BRIDGMAN, Washington State Bar # 25242
    Ogden Murphy Wallace, P.L.L.C.
 6  1601 5th Avenue, Suite 2100
    Seattle, WA 98101
 7  Telephone (206) 447-7000
    Facsimile (206) 447-0215
 8
    Attorneys for Defendant
 9  LUMENIS INC., a Massachusetts Corporation

10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COURSLEY, M.D., an individual, | Case No. C 08 02714HRL |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| LUMENIS INC., a Massachusetts Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**      DEFENDANT LUMENIS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES, DEMAND FOR JURY TRIAL;

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE;

DEFENDANT LUMENIS, INC.'S RULE 7.1 DISCLOSURE;

# [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

**ADDRESSES:**

Geoffrey Bridgman
Ogden Murphy Wallace, P.L.L.C.
1601 5th Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 447-7000
Facsimile: (206) 447-0215

__X__  (BY MAIL) I placed a true copy, enclosed in a sealed, postage-paid envelope, in the United States Mail, at San Francisco, California.

____   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above or on the attachment herein.

__X__  (BY FACSIMILE) I caused the said document to be transmitted by facsimile transmission to the number indicated after the address noted above or on the attachment herein.

I declare under penalty of perjury that the foregoing is true and correct.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on July __7__, 2008.

_____
Patricia Milligan