**E-FILING**

**Filed**
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COURSLEY, M.D., an individual, <br><br> Plaintiff, <br><br> v. <br><br> LUMENIS INC., a Massachusetts Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C 08 02714HRL <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Geoffrey Bridgman, an active member in good standing of the bar of the State of Washington, whose business address and telephone number are:

> Geoffrey Bridgman
> Ogden Murphy Wallace, P.L.L.C.
> 1601 5th Avenue, Suite 2100
> Seattle, WA 98101
> Telephone: (206) 447-7000
> Facsimile: (206) 447-0215

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/15/08

HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

K:\2633\sf0008\P-PORD-PHV.wpd