LAW OFFICES OF JUSTIN E. D. DAILY
Justin E. D. Daily, Esq. (209772)
620 Newport Center Drive, Suite 1100
Newport Beach, Ca. 92660
Phone: (949) 375-0524
Fax: (949) 269-6364
jd@DailyLawFirm.com

Attorneys for Plaintiff, GERALD COURSLEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| GERALD COURSLEY, an individual;<br><br>       Plaintiff,<br><br>v.<br><br>LUMENIS, INC., a Massachusetts Corporation; and Does 1 through 50, inclusive;<br><br>       Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO: C08 02714 HRL**<br><br>**DEFENDANT GERALD COURSLEY'S LOCAL RULE 3-16 DISCLOSURE** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

1

1   Westminster Vein & Cosmetic Clinic, Inc

2       Plaintiff GERALD COURSLEY is owner and Director of the Westminister Vein & Cosmetic

3   Clinic, Inc.

4

5   DATED: September 2, 2008                 LAW OFFICES OF JUSTIN E. D. DAILY

6
                                    By:_____/s/ Justin E. D. Daily_____
7                                        Justin E. D. Daily,
                                         Attorney for Plaintiff
8                                        GERALD COURSLEY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20080902.COURSLEY.PG.LR3-16          PLAINTIFF'S L.R. 3-16 DISCLOSURE          CASE NO: C08 02714 HRL