IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gerald Coursley, et al. | NO. C 08-02714 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Lumenis, Inc., | |
| Defendant. | |

This case was scheduled for a Case Management Conference on October 27, 2008. Pursuant to the Court's Order, the parties have duly submitted a Joint Case Management Statement. In their Statement, the parties represent that they are scheduled for Early Neutral Evaluation on November 6, 2008. The parties request that their Case Management Conference be continued until after their ENE session so that they can devote their efforts to ENE.

For good cause shown, the Court GRANTS the parties' request and continues the October 27, 2008 conference to **November 24, 2008 at 10:00 a.m.**. On or before **November 14, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Dated: October 22, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Geoffrey Julian Marshal Bridgman gbridgman@omwlaw.com
Justin E. D. Daily jd@dailylawfirm.com
Kurt Darrow Bridgman kbridgman@lowball.com

**Dated:  October 22, 2008**                                           **Richard W. Wieking, Clerk**

                                                                                 **By:      /s/ JW Chambers
                                                                                          Elizabeth Garcia
                                                                                          Courtroom Deputy**