UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COURSLEY, M.D., an individual, ) | Case No. C 08 02714 JW (HRL) |
| Plaintiff, ) | [PROPOSED] ORDER RE: |
| v. ) | DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| LUMENIS INC., a Massachusetts Corporation; ) and DOES 1 through 50, inclusive, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED THAT pursuant to stipulation of the parties this action is dismissed with prejudice. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: April 23, 2009

*James Ware* (signature)

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER RE; DISMISSAL WITH PREJUDICE

K:\2633\sf0008\p-stipulationfordismissal.wpd